**Jason Randal FRENCH, Appellant,**

v.

**State of ARKANSAS, Appellee.**

**No. 02–2548.**

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 29, 2002.

Decided Dec. 6, 2002.

Before MCMILLIAN, FAGG, and BOWMAN, Circuit Judges.

Western District of Arkansas.

PER CURIAM.

Jason Randal French appeals the district court's * dismissal of French's civil lawsuit. Having carefully reviewed the record, we conclude dismissal was proper: among other things, the State is immune under the Eleventh Amendment. Accordingly, we affirm. We also deny French's motion for oral argument. *See* 8th Cir. R. 47B.

* The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.